**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-6853

JAMES RAYNOR,

Plaintiff - Appellant,

versus

DOCTOR BUNKER; GEORGE DEEDS, Warden; MAJOR
ROWLETTE; CORRECTIONER OFFICER HAWKS,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-99-667-7)

Submitted: October 26, 2000       Decided: November 2, 2000

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Raynor, Appellant Pro Se. David Ernest Boelzner, Heather Marie Kofron, WRIGHT, ROBINSON, OSTHIMER & TATUM, Richmond, Virginia; William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Raynor appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Raynor v. Bunker, No. CA-99-667-7 (W.D. Va. June 14, 2000). We further deny as moot Raynor's motions for appointment of counsel, for copies of documents, and for an evidentiary hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED